### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION, | Master Docket: Misc. No. 21-1230 <br><br> MDL No. 3014 |
| This Document Relates to: *Grady Tucker v. Koninklijke Philips N.V.* | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the undersigned Parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims of the Plaintiff, Grady Tucker, Jr., if the above captioned case are hereby dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated February 7, 2025

Respectfully submitted,

*/s/ Michael J. Ecuyer*
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 522-2304
Email: mecuyer@gainsben.com
*Counsel for Plaintiff*

| | |
|---|---|
| */s/ John P. Lavelle, Jr.* <br> John P. Lavelle, Jr. <br> Lisa C. Dykstra <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> 2222 Market Street <br> Philadelphia, PA 19103-3007 <br> (215) 963-5000 (phone) | */s/ Michael H. Steinberg* <br> Michael H. Steinberg <br> **SULLIVAN & CROMWELL LLP** <br> 1888 Century Park East <br> Los Angeles, CA 90067 <br> (310) 712-6670 (phone) <br> steinbergm@sullcrom.com |

john.lavelle@morganlewis.com
lisa.dykstra@morganlewis.com

*/s/ Wendy West Feinstein*
Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-3300 (phone)
wendy.feinstein@morganlewis.com


*/s/ Erik T. Koons*
Erik T. Koons
**BAKER BOTTS LLP**
700 K St. NW
Washington, DC 20001
(202) 639-7973 (phone)
erik.koons@bakerbotts.com
andrew.george@bakerbotts.com

*/s/ Andrew T. George*
Andrew T. George
**BOURELLY, GEORGE + BRODEY LLP**
1050 30th Street, NW
Washington, DC 20007
(202) 753-5012 (phone)
andrew.george@bgblawyers.com

*Counsel for Defendant Philips RS North America, LLC*

*/s/ William B. Monahan*
Tracy Richelle High
William B. Monahan
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
(212) 558-4000 (phone)
hight@sullcrom.com
monahanw@sullcrom.com

*Counsel for Defendants Koninklijke Philips N.V., Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

*/s/ Michael J. Ecuyer*
**MICHAEL J. ECUYER**
.